793    In re Wirebound Boxes Antitrust Litigation

| | | |
|---|---|---|
| 88/09/21 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTION, CERT. OF SVC. -- pltf. TCI, Inc. for transfer of actions pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: District of Minnesota -- SUGGESTED TRANSFEREE JUDGE: Hon. Diana Murphy -- Notified involved counsel  (ds) |
| 88/10/03 | | APPEARANCES: JUDAH I. LABOVITZ, ESQ. for A. Lakin & Sons, Inc.; GRANVIL I. SPECKS, ESQ. for Ronald Collins, d/b/a Ron-O's Seafood; ROBERT A. SKIRNICK, ESQ. for William Consalo & Sons, Inc.; ARNOLD A. PAGNIUCC, ESQ. for American Box and Altamil Corp.; KENNETH M. KRAMER, ESQ. for Georgia-Paciffic Corp.; JOHN F. MCCLATCHEY, ESQ. for Great American Wirebound Box Co.; JOHN CZARNECKI, ESQ. for General Box Co.; JONATHAN G. BUNGE, ESQ. for The Martin Bros. Container & Timber Products Corp.; THEODORE R. TETZLAFF, ESQ. for Wirebound Box Manufacturers Asso.; JAMES B. LOKEN, ESQ. for Wisconsin Box Co. (rh) |
| 88/10/04 | | APPERANCES: VANCE K. OPPERMAN, ESQ. for TCI, Inc.; WATSON B. TUCKER, ESQ. for Charles Whitchurch and Whitchurch Management Corp. and STEVEN M. BIERMAND, ESQ. for Stone Container Corp. and Southwest Subsidiary Co. (rh) |
| 88/10/06 | 2 | RESPONSE/MEMORANDUM -- (to pldg. #1) American Box Company and Altamil Corporation -- w/cert. of svc. (rh) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA  (cds) |
| 88/10/07 | 3 | SUPPLEMENT TO PLDG. #2 -- American Box Company and Altamil Corporation -- w/cert. of svc. (rh) |
| 88/10/11 | 4 | RESPONSE -- (To pldgs. # 1 & 2) Ronald Collins and William Consalo & Sons, Inc. -- w/cert. of svc. (rh) |
| 88/10/11 | 5 | RESPONSE -- (to pldg. #1) A. Lakin & Sons, Inc. -- w/cert. of svc. (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 793 -- _____

| Date | Pef. | Pleading Description |
|---|---|---|
| 88/10/18 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- TCI, Inc. -- GRANTED TO AND INCLUDING OCTOBER 21, 1988 (rh) |
| 88/10/24 | 7 | REPLY -- TCI, Inc. -- w/cert. of svc. (rh) |
| 88/10/25 | 8 | MOTION FOR LEAVE TO FILE RESPONSE/MEMORANDUM (RESPONSE TO PLDG. #4) -- American Box; Altamil Corp.; Chicago Mill & Lumber General Box Co.; Southwest Subsidiary Co.; Great American Wirebound Box Co.; Georgia Pacific Corp.; Stone Container Corp.; Martin Bros. Container & Timber Products; Wirebound Box Manufacturers Association; Charles G. Whitchurch and Whitchurch Management Corp. -- w/Exhibits A-E and cert. of svc. (rh) |
| 88/11/14 | 9 | MOTION FOR LEAVE TO FILE PLDG. #10 -- pltfs. Ronald Collins an William Consalo & Sons, Inc. -- w/cert. of service (cds) |
| 88/11/14 | 10 | MOTION, MEMORANDUM TO STRIKE CERTAIN STATEMENTS (RE PLDG. #7) -- pltfs. Ronald Collins an William Consalo & Sons, Inc. -- w/Exhibits A - L and cert. of service (cds) |
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- RICHARD A. LOCKRIDGE, ESQ. for TCI, Inc.; JUDAH I. LABOVITZ, ESQ. for A. Lakin & Sons, Inc.; ARNOLD A. PAGNIUCCI, ESQ. for American Box Co., Altamil Corp., Chicago Mill & Lumber Co., General Box Co., Southwest Subsidiary Corp., Great American Wirebound Box Co., Georgia Pacific Corp. and Stone Container Corp.; JOHN CZARNECKI, ESQ. for General Box Co. and GRANVIL I. SPECKS, ESQ. for Ronald Collins and William Consalo & Sons, Inc. (rh) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- The Martin Bros. Container; Timber Products Corp.; Wirebound Box Manufacturers Assoc., Inc.; Charles G. Whitchurch; Whitchurch Management Corp. and Wisconsin Box Co. (rh) |
| 88/11/29 | | CONSENT OF TRANSFERREE COURT -- consenting to the assignment of litigation to the Honorable Diana E. Murphy for coordinated or consoldiated pretrial proceedings pursuant to 28 U.S.C. §1407 (ds) |
| 88/11/29 | | TRANSFER ORDER -- transferring A-2, A-3 and A-4 to the District of Minnesota for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 793 -- In re Wirebound Boxes Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/02/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-5 tom Lazio Fish Co., Inc. v. Great American Wirebound Box Co., et al., N.D. California, C.A. No. C89-0270-AJZ and B-6 Vineland Cooperative Produce Association, Inc. v. Great American Wirebound Box Co., et al., D. New Jersey, C.A. No. 89-440 (SSB) -- Notified involved counsel and judges (rh) |
| 89/03/09 | 11 | NOTICE OF OPPOSITION TO CTO'S -- B-5 Tom Lazio Fish Co., Inc. v. Great American Wirebound Box Co., et al., N.D. California, C.A. No. C89-0270-AJZ; B-6 Vineland Cooperative Produce Association, Inc. v. Great American Wirebound Box Co., et al., D. New Jersey, C.A. No. 89-440 (SSB) -- filed by pltfs. A-3 Collins, A-4 Consalo, B-5 Lazio and B-6 Vineland w/cert. of svc. -- Notified involved judges and counsel. (ds) |
| 89/03/23 | 12 | MOTION TO VACATE CONDITIONAL TRANSFER ORDERS IN B-5 Tom Lazio Fish Co., Inc. v. Great American Wirebound Box Co., et al., N.D. California, C.A. No. C89-0270-AJZ; B-6 Vineland Cooperative Produce Association, Inc. v. Great American Wirebound Box Co., et al., D. New Jersey, C.A. No. 89-440 (SSB) -- filed by pltfs. A-3 Collins, A-4 Consalo, B-5 Lazio and B-6 Vineland w/BRIEF, APPENDIX A, AND COPY OF AFFIDAVITS AND APPENDICES FILED IN TRANSFEREE COURT -- w/cert. of svc. |
| 89/04/07 | | HEARING ORDER -- Setting oppositions to transfer of B-5 and B-6 for Panel Hearing on May 18, 1989 in Wash., D.C. (rh) |
| 89/04/10 | 13 | RESPONSE -- (to pldg. #12) (Lead Counsel) TCI, Inc. -- w/Exhibits A-E and cert. of svc. (rh) |
| 89/04/13 | 14 | RESPONSE -- (to pldg. #12) Stone Container Corp. -- w/cert. of svc. (rh) |
| 89/04/14 | 15 | REPLY -- Pltfs. A-3 Collins, A-4 Consalo, B-6 Vineland and B-5 Lazio -- w/cert. of svc. (rh) |
| 89/04/20 | 16 | LETTER -- Plaintiff Lead Counsel -- w/order (A-3 & A-4) from Judge Diana E. Murphy (rh) |

DOCKET ENTRIES

MDL-793 -- IN RE WIREBOUND BOX ANTITRUST LITIGATION

| Date | No. | Description |
|---|---|---|
| 89/05/17 | 17 | MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM, MEMORANDUM IN SUPPORT, SUPPLEMENTAL MEMORANDUM (re pldg. 12) -- pltfs. A-3 Collins, A-4 Consalo, B-6 Vineland and B-5 Lazio -- w/Exhbits A and B and cert. of service  (cds) |
| 89/05/18 | | HEARING APPERANCES:  (Hearing on 5/18/89 in Wash., D.C.) -- ROBERT A. SKIRNICK, ESQ. for Tom Lazio Fish Co., Vineland Cooperative Produce Association, Inc., Ronald Collins, William Consalo & Sons, Inc.; RICHARD A. LOCKRIDGE, ESQ. for TCI, Inc., A. Lakin Sons, Inc., Cymba International, Inc. and ARNOLD A. PAGNIUCCI, ESQ. for All Defendants except Wisconsin Box Co., Stone Container Corp. and Southwest Subsidiary Co. (rh) |
| 89/05/18 | | WAIVER OF ORAL ARGUMENT:  (Hearing on 5/18/89 in Wash., D.C.) -- Wisconsin Box Company (rh) |
| 89/05/25 | | TRANSFER ORDER -- B-5 Tom Lazio Fish Co., Inc. v. Great American Wirebound Box Co., et al., N.D. California, C.A. No. C89-0270-AJZ and B-6 Vineland Cooperative Produce Association, Inc. v. Great American Wirebound Box Co., et al., D. New Jersey, C.A. No. 89-440 (SSB) (actions transferred to D. Minnesota) -- Notified involved judges, clerks and counsel (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 793 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WIREBOUND BOXES ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 17, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 29, 1988 | T.O. | Unpublished #864 | D. Minnesota | Diana E. Murphy | |

Special Transferee Information

DATE CLOSED: 5/2/91

JPML FORM 1

LISTING OF INVOLVED ACTIONS

D. Minnesota
Judge Diana E. Murphy

DOCKET NO. 793 -- In re Wirebound Boxes Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | TCI, Inc. v. General Box Co., et al. | Minn. Murphy | 4-88-CIV-771 | | | 5-2-91 D | |
| A-2 | A. Lakin & Sons, Inc. v. General Box Co., et al. | Ill.,N. Shadur | 88-C-5292 | 11/29/88 | 4-89-0001 | 5-2-91 D | |
| A-3 | Ronald Collins, d/b/a/ Ron-O's Seafood v. Great American Wirebound Box Co., et al. | N.Y.,S. Sand | 88-CIV-3571 | 11/29/88 | 4-88-1093 | 5-2-91 D | |
| A-4 | William Consalo & Sons, Inc. v. Great American Wirebound Box Co., et al. | N.Y.,S. Sand | 88-CIV-5433 | 11/29/88 | 4-88-1094 | 5-2-91 D | |
| B-5 | Tom Lazio Fish Co., Inc. v. Great American Wirebound Box Company, et al. 2-22-89 OPPOSED 3/9/89 | N.D.Cal. Zirpoli | C89-0270-AJZ | 5-25-89 | 4-89-492 | 5-2-91 D | |
| B-6 | Vineland Cooperative Produce Association, Inc. v. Great American Wirebound Box Company, et al. 2-22-89 OPPOSED 3/9/89 | D.N.J. Brotman | 89-440 (SSB) | 5-25-89 | 4-89-493 | 5-2-91 D | ✓ |
| XYZ-7 | Cymba International, Inc., etc. v. General Box Co., et al. July 1989 - 5 TR/ 2 XYZ/ 7 Pending | D. Minn. | 4-89-35 | | | 5/2/91 D | |
| XYZ-8 | Vegetable Growers Supply v. Wirebound Box July 1990 - + 1 XYZ/ 8 Pending July 1991 - 8 D / Litigation Closed | D. Minn. | 4-89-753 | | | 5/2/91 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 793 -- In re Wirebound Boxes Antitrust Litigation

---

TCI, INC. (A-1)
Vance K. Opperman, Esq.
Opperman & Paquin
2200 Washington Square Building
100 Washington Avenue South
Minneapolis, Minnesota  55401

A. LAKIN & SONS, INC. (A-2)
Judah I. Labovitz, Esq.
Cohen, Shapiro, Polisher, Shiekman
   & Cohen
PSFS Building, 22nd Floor
12 South 12th Street
Philadelphia, Pennsylvania  19107

RONALD COLLINS, D/B/A RON-O'S SEAFOOD (A-3)
Granvil I. Specks, Esq.
Specks & Goldberg
10 South Wacker Drive
Suite 3500
Chicago, Illinois  60606

WILLIAM CONSALO & SONS, INC. (A-4)
Robert A. Skirnick, Esq.
Kaplan, Kilsheimer & Foley
122 East 42nd Street
Suite 4000
New York, New York  10168

AMERICAN BOX
ALTAMIL CORPORATION
Arnold A. Pagniucc, Esq.
Sachnoff, Weaver & Rubenstein
30 South Wacker Drive
Suite 2900
Chicago, Illinois  60606

GEORGIA-PACIFFIC CORPORATION
Kenneth M. Kramer, Esq.
Shearman & Sterling
153 East 53rd Street
New York, New York  10022

GREAT AMERICAN WIREBOUND BOX COMPANY
John F. McClatchey, Esq.
Thompson, Hine & Flory
1100 National City Bank Building
Cleveland, Ohio  44114

GENERAL BOX COMPANY
John Czarnecki, Esq.
Cooper, Straub, Walinski & Cramer
900 Adams Street
P.O. Box 1568
Toledo, Ohio  43624

THE MARTINE BROS. CONTAINER & TIMBER
   PRODUCTS CORP.
Jonathan G. Bunge, Esq.
Keck, Mahin & Cate
8300 Sears Tower
233 South Wacker Drive
Chicago, Illinois  60606

WIREBOUND BOX MANUFACTURERS ASSOCIATION
Theodore R. Tetzlaff, Esq.
Jenner & Block
One IBM Plaza
4200 Floor
Chicago, Illinois  60611

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 793 --

| | |
|---|---|
| **WISCONSIN BOX COMPANY**<br>James B. Loken, Esq.<br>Faegre & Benson<br>2200 Norwest Center<br>90 South Seventh Street<br>Minneapolis, Minnesota  55402<br><br>SOUTHWEST SUBSIDIARY COMPANY<br>**STONE CONTAINER CORPORATION**<br>Steven M. Bierman, Esq.<br>**Sidley & Austin**<br>520 Madison Avenue<br>New York, New York  10022<br><br><br>LITTLE-ROCK CRATE & BASKET CO.<br>George R. Wood, Esquire<br>Gray, Plant, Mooty,<br>  Mooty & Bennett, P.A.<br>3400 City Center<br>Thirty-Three South Sixth Street<br>Minneapolis, Minnesota  55402<br><br>CHARLES G. WHITCHURCH<br>WHITCHURCH MANAGEMENT CORPORATION<br>Watson B. Tucker, Esq.<br>**Mayer, Brown & Platt**<br>190 South LaSalle Street<br>Chicago, Illinois  60603<br><br><br>TOM LAZIO FISH CO., INC. (B-5)<br>Guido Saveri, Esq.<br>Saveri & Saveri<br>111 Sutter Street  *opposed 3/9/89*<br>Suit 2140<br>San Francisco, California  94104<br><br>Francis O. Scarpulla, Esq.<br>Scarpulla & Scarpulla<br>The Alcoa Building<br>One Maritime Plaza, Suite 1040<br>San Francisco, California  94111 | VINELAND COOPERATIVE PRODUCE ASSOCIATION, INC.  (B-6)<br>Americo Antonelli, Esq.<br>Lipman, Antonelli, Batt & Dunlap<br>110 North 6th Street  *opposed 3/9/89*<br>Vineland, New Jersey  08630 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 793 -- In re Wirebound Boxes AntItrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Box Co. | A-1, A-2, A-3, A-4, B-5, B-6 |
| Wisconsin Box Co. | A-1, A-2 |
| American Box Co. | A-1, A-3, A-4 |
| Martin Bros. Container & Timer Products Corp. | A-1, B-5, B-6 |
| Great American Wierbound Box Co. | A-3, A-4, B-5, B-6 |
| Altimal Corp. | A-3, A-4, B-5 |
| Georgia-Pacific Corp. | A-3, A-4, B-5, B-6 |
| Stone Container Corp. | A-3, A-4, B-5, B-6 |
| Southwest Subsidiary Co. | A-3, A-4 |
| Little-Rock Crate & Basket Co. | A-4, B-5, B-6 |